■ In the Matter of the Claim of DESIREE ODOM, Appellant. COMMISSIONER OF LABOR, Respondent. [16 NYS3d 340]—

Appeal from a decision of the Unemployment Insurance Appeal Board, filed April 21, 2014, which, upon reconsideration, ruled, among other things, that claimant was disqualified from receiving unemployment insurance benefits because she lost her employment due to misconduct.

Claimant challenges a decision by the Unemployment Insurance Appeal Board, which, upon reconsideration, found that she was disqualified from receiving unemployment insurance benefits because she had been terminated due to misconduct. The record establishes that, at the commencement of the hearing, claimant informed the Administrative Law Judge that her attorney was unavailable, but that she "would like for him to come" to the hearing. Nevertheless, the Administrative Law Judge continued to question claimant until she agreed to proceed pro se. We find that claimant's right to have counsel present was violated under these circumstances, and remit for further proceedings (*see* 12 NYCRR 461.4 [c]; *Matter of Milrad [Levine]*, 44 AD2d 287, 289-290 [1974]).

Peters, P.J., McCarthy, Egan Jr. and Devine, JJ., concur. Ordered that the decision is reversed, without costs, and matter remitted to the Unemployment Insurance Appeal Board for further proceedings not inconsistent with this Court's decision.

■ In the Matter of the Claim of MARY ANN TANGO, Appellant. COMMISSIONER OF LABOR, Respondent. [16 NYS3d 479]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 10, 2014, which denied claimant's application for reopening and reconsideration of a prior decision.

Decision affirmed. No opinion.

Lahtinen, J.P., Egan Jr., Rose and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.